No. 9, Orig.   UNITED STATES *v.* LOUISIANA ET AL.

On consideration of the motion of the United States for entry of a supplemental decree declaring that the United States is entitled to certain submerged lands of the Gulf of Mexico and enjoining the State of Texas from interfering therewith, and for a temporary restraining order and preliminary injunction to enjoin the State of Texas from leasing or otherwise interfering with said submerged lands pending determination of the title thereto; and

It appearing from said motion and attached affidavit that the State of Texas has announced its intention to offer said lands for mineral leasing on April 4, 1967, and that such leasing may violate this Court's injunction of December 12, 1960, and subject to unlawful exploitation mineral resources to which the United States makes claim under that decree,

It is hereby ordered:

(1) That within twenty days from the date hereof the State of Texas respond to the motion of the United States and show cause why a preliminary injunction should not be issued as prayed for, pending final determination of the rights of the parties in the premises; and

(2) That the State of Texas be, and it is hereby, restrained from leasing or otherwise interfering with the submerged lands described in the motion of the United States, pending the ruling of the Court on the motion of the United States for a preliminary injunction and the response of the State of Texas thereto.

THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of this motion.

*Solicitor General Marshall, Louis F. Claiborne, Roger P. Marquis* and *George S. Swarth* for the United States.

[For earlier actions, see, *e. g.,* 364 U. S 502, 382 U. S. 288.]